No. 74–883. FEDERAL POWER COMMISSION *v.* MOSS ET AL. C. A. D. C. Cir. [Certiorari granted, 422 U. S. 1006.] Motion to dispense with printing appendix and to proceed on original record granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 74–884. UNITED STATES *v.* POWELL. C. A. 9th Cir. [Certiorari granted, 420 U. S. 971.] Motion of the Solicitor General to permit Frank H. Easterbrook, Esquire, to present oral argument *pro hac vice* granted.

No. 74–895. VIRGINIA STATE BOARD OF PHARMACY ET AL. *v.* VIRGINIA CITIZENS CONSUMER COUNCIL, INC., ET AL. Appeal from D. C. E. D. Va. [Probable jurisdiction noted, 420 U. S. 971.] Motion of American Association of Retired Persons et al. for leave to file a brief as *amici curiae* granted.

No. 74–1015. INTERCOUNTY CONSTRUCTION CORP. ET AL. *v.* WALTER, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL., 422 U. S. 1. Motion of respondent Jones to tax attorney's fees and costs denied.

No. 74–1023. KERR ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. [Certiorari granted, 421 U. S. 987.] Consideration of respondents' suggestion of mootness deferred to hearing of case on the merits.

No. 74–1137. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* MILNE ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 422 U. S. 1054.] Motion to permit Gerald A. Norlander, Esquire, to present oral argument *pro hac vice* on behalf of appellees granted.